# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 5:21–mj–00113

Jerry Perez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 1/26/2021

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Preliminary Exam Hearing

Date:   January 19, 2021

Nathan Ochsner, Clerk