**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 5:21–mj–00113 |
| § | |
| Jerry Perez § | |

## ORDER APPOINTING COUNSEL

Because the Material Witness(es), Karina Uribe–Medrano, have satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Roberto Balli**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Material Witness(es).

Signed on January 19, 2021.

Christopher dos Santos
United States Magistrate Judge